UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-136-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **(2) TIMONTHY MICHAEL CONNELLY** | ) | |
| **(4) VINCENT EDWARD PETERS, SR.** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the parties' Consent Motion to Dismiss. Having considered the parties' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion to Dismiss (#63) is **GRANTED**. The Bill of Indictment in this matter is hereby **DISMISSED** as to defendants Connelly and Peters, as they have been sentenced in related cases 3:18-mj-34 and 3:18-mj-33.

Signed: August 10, 2018

Max O. Cogburn Jr
United States District Judge

-1-